# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:96CV238-T

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| DAVID W. LOVE, ) | |
| ) | |
| Defendant, ) | **O R D E R** |
| ) | |
| And ) | |
| ) | |
| HAYWOOD REGIONAL MEDICAL ) | |
| CENTER, ) | |
| ) | |
| Garnishee. ) | |
| ) | |

**THIS MATTER** is before the court on the government's Motion for Dismissal of Order of Garnishment (#16) based upon a showing that the account has been paid in full. Having considered the government's motion,

**IT IS, THEREFORE, ORDERED** that the Motion for Dismissal of Order of Garnishment is **ALLOWED**, and the Order of Garnishment is **DISMISSED**.

**Signed: November 4, 2005**

_____
Dennis L. Howell
United States Magistrate Judge